1016

No. 80–608. UNITED STATES POSTAL SERVICE *v.* COUNCIL OF GREENBURGH CIVIC ASSNS. ET AL. D. C. S. D. N. Y. [Probable jurisdiction noted, 449 U. S. 1076.] Motion of appellant for leave to file a supplemental brief after argument granted.

No. 80–5950. LOGAN *v.* ZIMMERMAN BRUSH CO. ET AL. Sup. Ct. Ill. [Probable jurisdiction noted, 450 U. S. 909.] Motion of Illinois Congress of Organizations of the Physically Handicapped et al. for leave to file a brief as *amici curiae* granted.

No. 80–6582. IN RE CORLEY; and
No. 80–6587. IN RE EL-AMIN. Petitions for writs of habeas corpus denied.

No. 80–1582. UNITED STATES *v.* MACDONALD. C. A. 4th Cir. Certiorari granted.

No. 80–1640. UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. *v.* SHOLLY ET AL.; and
No. 80–1656. METROPOLITAN EDISON CO. ET AL. *v.* PEOPLE AGAINST NUCLEAR ENERGY ET AL. C. A. D. C. Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 209 U. S. App. D. C. 71, 651 F. 2d 792.

No. 79–6801. RIGLER *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 80–238. BARTLETT *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 80–1534. OCHS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.